UNITED STATES DISTRICT COURT
District of New Jersey

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>MOBILITY CONSULTING & CONTRACTING, INC., IP REALTY LLC, THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON,<br><br>Defendants/Third Party Plaintiffs,<br><br>v.<br><br>CONOVER BEYER ASSOCIATES. | Civil Action No.: 3:16-CV-04841-FLW-TJB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY** stipulated and agreed by and among the plaintiff, Atain Specialty Insurance Company, and defendants, Mobility Consulting & Contracting, Inc., IP Realty LLC and Those Certain Underwriters at Lloyd's London, that plaintiff's Complaint and all cross-claims and counterclaims as to defendants, Mobility Consulting & Contracting, Inc., IP Realty LLC and Those Certain Underwriters at Lloyd's London, are hereby dismissed with prejudice and without cost; and further, that defendants/third-party plaintiffs' Third-Party Complaint and all cross-claims and counterclaims as to third-party defendants, Conover Beyer Associates, are hereby dismissed with prejudice and without costs.

MORGAN, MELHUISH ABRUTYN

BY: _____
Joseph DeDonato, Esq.
Attorney for Plaintiff,
Atain Specialty Insurance Company

Dated:

POWELL & ROMAN, L.L.C.
Attorneys for Defendants/Third
Party Plaintiffs, Mobility
Consulting & Contracting, Inc.,
and Those Certain Underwriters
at Lloyd's, London, Subscribing to
Certificate No.: ATR/C/XXXXXX
as subrogee of IP Realty, LLC

BY: _____
Joseph M. Powell, Esq.

Dated:

MILLER, MEYERSON & CORBO

BY: _____
Gerald D. Miller, Esq.
Attorney for Defendant,
IP Realty, LLC

Dated:

TRAUB LIEBERMAN STRAUS
& SHREWSBERRY, LLP

BY: _____
Aileen F. Doughton, Esq.
Attorney for Third-Party Defendant,
Conover Beyer

POWELL & ROMAN, L.L.C.
Attorneys for Defendants/Third
Party Plaintiffs, Mobility
Consulting & Contracting, Inc.,
and Those Certain Underwriters
at Lloyd's, London, Subscribing to
Certificate No.: ATR/C/XXXXXXX
as subrogee of IP Realty, LLC

BY: _____
Joseph M. Powell, Esq.

Dated:

MILLER, MEYERSON & CORBO

BY: _____
Gerald D. Miller, Esq.
Attorney for Defendant,
IP Realty, LLC

Dated:

TRAUB LIEBERMAN STRAUS
& SHREWSBERRY, LLP

BY: _____
Aileen F. Droughton, Esq.
Attorney for Third-Party Defendant,
Conover Beyer

It is further ordered that the Clerk of the Court
is directed to reopen this action and upon entry
of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J.   1-17-20